**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

VirtualFund, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Metiom, Inc.,
a Delaware corporation,

Defendant.

Case No. 01-CV-319 JRT/FLN

**STIPULATION AND ORDER TO EXTEND TIME FOR METIOM, INC. TO ANSWER OR OTHERWISE RESPOND TO VIRTUALFUND, INC.'S COMPLAINT**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective counsel, that defendant Metiom, Inc. shall have until April 18, 2001, to answer or otherwise respond to plaintiff VirtualFund, Inc.'s Complaint in this matter.

Dated this 5th day of April 2001.

**ROBINS KAPLAN, MILLER & CIRESI L.L.P.**

By: ______________________

Thomas J. Undlin (183751)
Randall Tietjen (214474)
Courtney Candalino (273430)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500
Fax: (612) 339-4181

***Attorneys for Plaintiff VirtualFund, Inc.***

FILED APR 19 2001
CLERK

Dated this 5th day of April 2001.

**DORSEY & WHITNEY LLP**

By: ______________________
J Jackson (49219)
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Phone: (612) 340-2600
Fax: (612) 340-2807

***Attorneys for Defendant Metiom, Inc.***

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, defendant Metiom, Inc. shall have until April 18, 2001, to answer or otherwise respond to the plaintiff VirtualFund, Inc.'s Complaint in this matter.

BY THE COURT:

DATED: April 19, 2001

______________________
Magistrate Judge of District Court