UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VirtualFund, Inc., Civil No. 01-319 JRT/FLN

Plaintiff,

v. ORDER

Metiom, Inc.,

Defendant.

---

Steven Simon, Esq. for Plaintiff.
J.D. Jackson, Esq. for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on November 26, 2001, on Plaintiff's Motion for a Declaration as to the Inapplicability of the Bankr. Code's Automatic Stay Provision [#10].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Declaration as to the Inapplicability of the Bankr. Code's Automatic Stay Provision [#10] is **GRANTED**. This action is not seeking collection of an asset of the estate, but is a declaratory judgment action not subject to the automatic stay provision.

DATED: Nov. 28, 2001.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED NOV 2 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK