UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VirtualFund, Inc.,

Plaintiff,

v.

Metiom, Inc.,

Defendant.

Civil No. 01-319 JRT/FLN

**ORDER**

Stephen Simon, Esq., for Plaintiff.
Justin Perl, Esq., & Dawn Van Tassel, Esq., for Defendant.

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on January 28, 2002, on Plaintiff's Motion to Amend the Scheduling Order [#32].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Scheduling Order [#32] is **GRANTED**. All relevant deadlines in the Pretrial Scheduling Order will be extended by 90 days as follows:

1. All discovery shall be completed by May 1, 2002;

2. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2., on or before May 1, 2002;

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By both sides on or before March 1, 2002, with respect to initial experts;

   b. By both sides on or before April 1, 2002, with respect to rebuttal experts;

FILED FEB 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

   a. By both sides on or before March 1, 2002, with respect to initial expert reports;

   b. By both sides on or before April 1, 2002, with respect to rebuttal expert reports;

5. Each Party may depose no more than 2 expert witnesses on or before May 1, 2002;

6. All dispositive motions shall be filed prior to July 1, 2002;

7. The Parties will engage in a private mediation on or before March 1, 2002;

8. This case shall be ready for trial no later than August 1, 2002, at which time it will be placed on the Court's jury trial calendar.

DATED: Feb. 6, 2002.

FRANKLIN L. NOEL
CHIEF MAGISTRATE JUDGE