139175

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

RECEIVED
BY MAIL
FEB 15 2002
CLERK US DIST COURT
ST. PAUL, MN

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number: 01-CV-319 JRT/FLN**

**Affidavit of Movant**

I, Justin H. Perl, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jack M. Kint, Jr., an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( X) defendant in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature [signature] Date February 15, 2002

Minnesota Attorney License Number: 151397

Law Firm Name and Address: Maslon Edelman Borman & Brand LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Telephone: (612) 672-8200 Fax: (612 ) 672-8397

**Affidavit of Proposed Admittee**

I, Jack M. Kint, Jr., am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Jack M. Kint, Jr. — Type/Print Name
[signature] — Signature
06 February 2002 — Date

Attorney License Number: JK-7947
Law Firm Name and Address: Olshan Grundman Frome Rosenzweig & Wolosky LLP
505 Park Avenue
New York, NY 10022

Telephone: (212) 753-7200 Fax: (212) 755-1467

Case Number: 01-CV-319 Judge Assigned: Tunheim / Noel
Case Title: VirtualFund, Inc. v. Metiom, Inc.

Motion Granted: [signature]
For the Court, ~~Francis E. Dosal~~, Clerk

FEB 19 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, MN 55101

12/97 Pro hac vice admission_v1.WPD

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

337404-1