UNITED STATES DISTRICT COURT
District of Minnesota

RECEIVED
BY MAIL
MAR 20 2002
139327
CLERK US DIST COURT
ST. PAUL, MN

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number: 01-CV-319 JRT/FLN**

**Affidavit of Movant**

I, Justin H. Perl, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Patrick L. Gibson, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( X) defendant in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] Date: March 19 2002

Minnesota Attorney License Number: 151397

Law Firm Name and Address: Maslon Edelman Borman & Brand LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Telephone: (612) 672-8200 Fax: (612 ) 672-8397

**Affidavit of Proposed Admittee**

I, Patrick L. Gibson, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Patrick L. Gibson
Type/Print Name

Signature: [signature] Date: 3/12/01

Attorney License Number: PG-1108

Law Firm Name and Address: Olshan Grundman Frome Rosenzweig & Wolosky LLP
505 Park Avenue
New York, NY 10022

Telephone: (212) 753-7200 Fax: (212) 755-1467

Case Number: 01-CV-319 Judge Assigned: Tunheim / Noel
Case Title: VirtualFund, Inc. v. Metiom, Inc.

Motion Granted: [signature]
For the Court, ~~Francis E. Dosal~~, Clerk

MAR 20 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, MN 55101

FILED MAR 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK