**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

VIRTUALFUND, INC.,

Plaintiff,

v.

METIOM, INC.

Defendant.

Civil No. 01-319 JRT/FLN

**AMENDED**
**NOTICE OF HEARING**

---

Oral argument on defendant's motion to transfer venue is scheduled for Wednesday, April 24, 2002, at 10:00 a.m. before Judge John R. Tunheim at the United States District Courthouse, 300 South Fourth Street, Minneapolis, in Courtroom 13E.

Dated: April 17, 2002

RICHARD D. SLETTEN, Clerk

Lou Jean M. Gleason

Lou Jean M. Gleason
Calendar Clerk to Judge Tunheim
612-664-5083