**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

VirtualFund, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Metiom, Inc.,
a Delaware corporation,

Defendant

Case No. 01-CV-319 JRT/FLN

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**

---

WHEREAS, the Court entered a revised pretrial scheduling order dated February 6, 2002, and;

WHEREAS, the parties are desirous of extending the deadline for discovery from May 1, 2002 to May 15, 2002 for the purpose of completing the depositions of Melvin Masters and Alex MacKay;

NOW, THEREFORE, the parties through their respective counsel stipulate to the entry of a court order providing as follows:

That the deadline to complete discovery shall hereby be extended to May 15, 2002.

All other portions of the Revised Pretrial Scheduling Order dated February 6, 2002 shall remain the same.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 23, 2002

ROBINS, KAPLAN, MILLER & CIRESI LLP

By: Stephen F. Simon
Thomas J. Undlin (#183751)
Randall Tietjen (#214474)
Stephen F. Simon (#27012X)

**ATTORNEYS FOR PLAINTIFF**

Dated: April 23, 2002

MASLON EDELMAN BORMAN & BRAND, LLP

By Dawn C. Van Tassel
Justin H. Perl (#151397)
Dawn C. Van Tassel (#297525)
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8200

**ATTORNEYS FOR DEFENDANT**

**ORDER**

IT IS SO ORDERED.

Date: May 3, 2002

BY THE COURT:

Franklin L. Noel
The Honorable Franklin L. Noel
United States Magistrate Judge