**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

VirtualFund, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Metiom, Inc.,
a Delaware corporation,

Defendant

Case No. 01-CV-319 JRT/FLN

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL AND FOR SANCTIONS AND TO AMEND SCHEDULING ORDER**

---

WHEREAS, VirtualFund has filed a Motion to Compel and For Sanctions set for hearing before the Honorable Franklin L. Noel on May 28, 2002, and;

WHEREAS, Metiom has requested, and VirtualFund has agreed, to permit Metiom additional time to file its response;

WHEREAS, to accommodate the schedules of the parties and the Court, the hearing on VirtualFund's Motion to Compel and For Sanctions was rescheduled to July 1, 2002;

WHEREAS, the Scheduling Order in this matter currently calls for dispositive motions to be filed in this matter on or before July 1, 2002 and for the parties to be ready for trial on August 1, 2002;

NOW, THEREFORE, the parties through their respective counsel stipulate to the entry of a court order providing as follows:

That the hearing on VirtualFund's Motion to Compel and For Sanctions shall be moved to July 1, 2002 at 9:30 a.m.;

That the deadline for filing dispositive motions shall be August 1, 2002; and

FILED MAY 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

That the parties agree to have the case ready for trial on August 26, 2002.

Dated: MAY 21, 2002

ROBINS, KAPLAN, MILLER & CIRESI LLP

By: Stephen F. Simon

Thomas J. Undlin (#183751)
Randall Tietjen (#214474)
Stephen F. Simon (#27012X)

**ATTORNEYS FOR PLAINTIFF**

Dated: May 21, 2002

MASLON EDELMAN BORMAN & BRAND, LLP

By Dawn C. Van Tassel

Justin H. Perl (#151397)
Dawn C. Van Tassel (#297525)
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8200

**ATTORNEYS FOR DEFENDANT**

**ORDER**

IT IS SO ORDERED.

Date: MAY 22, 2002

BY THE COURT:

Franklin L. Noel

The Honorable Franklin L. Noel
United States Magistrate Judge