**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

VIRTUALFUND, INC.

Plaintiff,

v.

METIOM, INC.,

Defendant.

Civil No. 01-319 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Stephen F. Simon, ROBINS KAPLAN MILLER & CIRESI, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiff.

Justine H. Perl, MASLON, EDELMAN, BORMAN, & BRAND, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: July 25, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK